IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DR. MICHAEL L. STERN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:18-CV-807-WKW |
| | ) |
| AUBURN UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

On November 21, 2018, Defendant Auburn University filed "Defendant Auburn University's Reply and Motion to Dismiss or Strike Amended Complaint." (Doc. # 18.)  This filing raises new arguments that Plaintiff has not had the opportunity to address.  Accordingly, it is ORDERED that Plaintiff shall file a response to Defendant's reply and motion on or before **December 21, 2018**. Defendant is permitted to file a reply on or before **January 7, 2019**.

DONE this 4th day of December, 2018.

                                             /s/ W. Keith Watkins
                                    CHIEF UNITED STATES DISTRICT JUDGE