IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DR. MICHAEL L. STERN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:18-CV-807-WKW |
| | ) |
| DR. STEVEN LEATH, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Before the court is Plaintiff's motion for leave to amend the amended complaint. (Doc. # 45.) Upon consideration of the motion, which is timely filed (*see* Doc. # 40), it is ORDERED that:

(1) Plaintiff's motion for leave to amend the amended complaint (Doc. # 45) is GRANTED; and

(2) On or before **October 2, 2019**, Plaintiff shall electronically file a duplicate of the amended complaint attached to its motion (Doc. # 45-1), but with a current filing date, per the Middle District of Alabama's Civil Administrative Procedures.

DONE this 24th day of September, 2019.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE