IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DR. MICHAEL L. STERN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:18-CV-807-WKW |
| ) | [WO] |
| STEVEN LEATH, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

In light of the ongoing COVID-19 pandemic, it is ORDERED that the parties may conduct their settlement conference via telephonic communication, rather than face-to-face.  The Amended Uniform Scheduling Order (Doc. # 51, ¶ 3) is further AMENDED to reflect this change.

DONE this 30th day of March, 2020.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE