IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DR. MICHAEL L. STERN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3:18-cv-807-WKW-JTA |
| ) | |
| DR. STEVEN LEATH, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of Plaintiff's Second Motion to Compel and Motion to Extend Dispositive Motion Deadline filed on June 17, 2020 (Doc. No. 75), it is hereby

ORDERED that on or before **June 26, 2020**, the defendants shall show cause why the motion to compel should not be granted.   Plaintiff shall file a reply on or before **July 3, 2020**.

The parties are ADVISED that the district judge assigned to this case will address the motion to extend the dispositive motion deadline.

DONE this 18th day of June, 2020.

/s/ Jerusha T. Adams
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE