# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

DR. MICHAEL L. STERN,
 Plaintiff,

v.

Case No. 3:18-cv-807-CLM

DR. CHRISTOPHER B. ROBERTS, et al.,
 Defendants.

## ORDER

Below, the court rules on the parties' exhibit list objections (docs. 171 & 173). As explained during the October 28, 2022 telephone conference, the court finds the Faculty Senate transcripts and records relevant to whether Stern's speech about Public Administration was a motivating factor in Defendants' alleged adverse employment actions. So the court will overrule Stern's objections to admitting the transcripts and other records from the Faculty Senate meetings.

The court will also overrule Defendants' objections to Stern admitting several documents that he says he provided the *Wall Street Journal* or *Chronicle of Higher Education*. The court finds these documents relevant because Stern supplying these documents to the media is part of his protected speech, which includes serving as a source for these articles.

This chart details the court's rulings on each contested exhibit:

| Exhibit Number | Ruling | Explanation |
| --- | --- | --- |
| 300 | Out | 401, 403 |
| 301 | In | No objection |
| 302 | In | No objection |

| | | |
|---|---|---|
| 303 | Needs more explanation | |
| 304 | Needs more explanation | |
| 305 | In | No objection |
| 306 | In | No objection |
| 307 | Out | Duplicative of Exhibit 50 |
| 308 | In | |
| 309 | In | |
| 310-317 | In | |
| 318 | Out | 401, 403 |
| 319-322 | In | |
| 323 | Out | 401, 403 |
| 324-325 | In | |
| 326 | Needs more explanation | |
| 329 | Out | 401, 403 |
| 330 | Out | Seals' statements hearsay (802) |
| 331 | In | |
| 332 | In | |
| 333 | Out | Communications from Armstrong about ORA requests are out |
| 334 | Out | 401, 403 |
| 335 | In | |
| 336 | Need to explain relevance and authenticity | |

| 337 | Out | Duplicative of 62 |
|---|---|---|
| 338 | In | |
| 339 | Out | Duplicative + 401, 403 |
| 340 | Out | 401, 403 |
| 341 | Out | 401, 403 |
| 342 | Out | Unless Defendants open door by saying performance of Econ Dep't reason Stern removed as chair or not given raises |
| 343 | Out | 401, 403 |
| 344 | Out | Unless Stern can show Bruno's removal related to his speech |
| 345 | Out | Unless needed for impeachment |
| 346 | Out | 401, 403 |
| 347 | Out | 401, 403, post-dates WSJ article |
| 348 | In | |
| 349 | Out | 401, 403 |
| 350 | Out | Unless Defendants make Econ Dep't performance relevant |
| 351 | In | Admitted except email from White to Boyd is out. That email must be redacted (blacked out). |
| 352 | In | No objection |
| 353 | Out | Unless Defendants make Stern's performance relevant. |
| 354 | In | But need to redact last paragraph of email because it |

|  |  |  | contains personal information |
|---|---|---|---|
| 355 |  | In | No objection |
| 356 |  | In |  |
| 357 |  | Out | 401, 403 |
| 358 |  | In | But redact portion of email that shows forwarded to Lee Armstrong |
| 359 |  | In | No objection |
| 360 |  | Out | 401, 403 |
| 361 |  | Out | 401, 403 |
| 362 |  | Out | 401, 403 |
| 363 |  | Out | 401, 403 |
| 364 |  | In |  |
| 365 |  | In | No objection |
| 366 |  | Out | 401, 403 |
| 367 |  | Out | 401, 403 |
| 368 |  | Out | 401, 403 |
| 369 |  | Out | 401, 403 |
| 370 |  | Out | Unless Defendants make Econ Dep't performance relevant |
| 371 |  | In | No objection |
| 372 |  | Out | 401, 403 |
| 373 |  | In |  |
| 374 |  | Out | 401, 403 |

| | | |
|---|---|---|
| 375 | In | |
| 376 | Out | 401, 403 |
| 377 | Will discuss Monday whether either party objects + relevance | |
| 378 | Out | 401, 403 |
| 379-380 | In | No Objections |
| 381 | Out | 401, 403 |
| 382 | Out | Privileged, 403 |
| 383 | In | |
| 384 | In | |
| 385-386 | Out | 401, 403 |
| 387 | Out | 401, 403 |
| 388 | Will discuss relevance Monday | |
| 389 | Out | 401, 403 |
| 390 | Out | 401, 403 |
| 391 | Out | 401, 403 |
| 392 | Out | 401, 403 |
| 393 | Out | 401, 403 |
| 394 | Out | 401, 403 |
| 395-397 | In | No objection |
| 398 | In | But identifying info of students must be redacted. Only redactions required. |

| | | |
|---|---|---|
| 300(A)-(N) | Out | No catchall categories allowed |
| 400 | In | No objection |
| 401 | In | No objection |
| 402 | In | No objection |
| 403 | Out | Duplicative (Joint Exhibit 34) |
| 404 | Out | Duplicative (Joint Exhibit 36) |
| 405 | In | |
| 406 | In | |
| 407 | In | |
| 408 | Needs further discussion regarding relevance and completeness | |
| 409 | Out | 401, 403 |
| 410 | Needs further discussion regarding relevance and completeness | |
| 411 | In | No objection |
| 412 | Out | Duplicative of Exhibit 70 |
| 413 | In | |
| 414 | In | |
| 415 | In | |
| 416 | In | |
| 417 | In | |
| 418 | In | |
| 419 | In | |

| | | |
|---|---|---|
| 420 | In | |
| 421 | In | |
| 422 | For discussion Monday about whether either side objects + relevance | |
| 423 | Out | Full article in. See 308 |
| 424 | Out | Full article in. See 309 |
| 425 | In | No objection |
| 426 | Out | Full Exhibit 398 In |
| 427-438 | In | |
| 439 | Out | Full Exhibit 398 In |
| 440 | Out | Full Exhibit 398 In |
| 441- 452 | In | |
| 453 | In | |
| 454 | In | |
| 455 – 477 | In | |
| 478 | In | No objection |
| 479 | Out | Full Exhibit 398 In |
| 480 – 481 | In | |
| 482 | In | No objection |
| 483 | Out | Full Exhibit 398 In |
| 484-498 | In | |
| 499-500 | In | |

| 501 | Out | Duplicative of Exhibit 28 |
| --- | --- | --- |
| 502-508 | In | No objection |

**Done** and **Ordered** on October 31, 2022.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE