# EXHIBIT A

3:18-cv-00807-CLM
Stern v. Roberts
DEFENDANTS'
HEARING EXHIBIT

3

# Default Report

*Department Climate Survey 2*
August 10, 2022 1:26 PM MDT

JobSat1 - I am very satisfied with this job.



| # | Field | Minimum | Maximum | Mean | Std Deviation | Variance | Count |
|---|-------|---------|---------|------|---------------|----------|-------|
| 1 | I am very satisfied with this job. | 1.00 | 5.00 | 3.33 | 1.49 | 2.22 | 15 |

| # | Field | | Choice Count |
|---|-------|---|---|
| 1 | Strongly disagree | 13.33% | 2 |
| 2 | Somewhat disagree | 26.67% | 4 |
| 3 | Neither agree nor disagree | 6.67% | 1 |
| 4 | Somewhat agree | 20.00% | 3 |
| 5 | Strongly agree | 33.33% | 5 |
| | | | 15 |

Showing rows 1 - 6 of 6

## JobSat2 - I like working in my department.



| # | Field | Minimum | Maximum | Mean | Std Deviation | Variance | Count |
|---|-------|---------|---------|------|---------------|----------|-------|
| 1 | I like working in my department. | 1.00 | 5.00 | 2.67 | 1.58 | 2.49 | 15 |

| # | Field | | Choice Count |
|---|-------|---|---|
| 1 | Strongly disagree | 33.33% | 5 |
| 2 | Somewhat disagree | 26.67% | 4 |
| 3 | Neither agree nor disagree | 0.00% | 0 |
| 4 | Somewhat agree | 20.00% | 3 |
| 5 | Strongly agree | 20.00% | 3 |
| | | | 15 |

Showing rows 1 - 6 of 6

## JobSat3 - I like working at Auburn University.



| # | Field | Minimum | Maximum | Mean | Std Deviation | Variance | Count |
|---|-------|---------|---------|------|---------------|----------|-------|
| 1 | I like working at Auburn University. | 1.00 | 5.00 | 3.73 | 1.29 | 1.66 | 15 |

| # | Field | | Choice Count |
|---|-------|---|---|
| 1 | Strongly disagree | 6.67% | 1 |
| 2 | Somewhat disagree | 13.33% | 2 |
| 3 | Neither agree nor disagree | 20.00% | 3 |
| 4 | Somewhat agree | 20.00% | 3 |
| 5 | Strongly agree | 40.00% | 6 |
| | | | 15 |

Showing rows 1 - 6 of 6

## OrgCommit1 - I would be happy to spend the rest of my career with this department.



| # | Field | Minimum | Maximum | Mean | Std Deviation | Variance | Count |
|---|-------|---------|---------|------|---------------|----------|-------|
| 1 | I would be happy to spend the rest of my career with this department. | 1.00 | 5.00 | 3.13 | 1.45 | 2.12 | 15 |

| # | Field | | Choice Count |
|---|-------|---|------|
| 1 | Strongly disagree | 20 00% | 3 |
| 2 | Somewhat disagree | 20 00% | 3 |
| 3 | Neither agree nor disagree | 6.67% | 1 |
| 4 | Somewhat agree | 33.33% | 5 |
| 5 | Strongly agree | 20.00% | 3 |
| | | | 15 |

Showing rows 1 - 6 of 6

## OrgCommit2 - I feel a strong sense of belonging to my department.



| # | Field | Minimum | Maximum | Mean | Std Deviation | Variance | Count |
|---|-------|---------|---------|------|---------------|----------|-------|
| 1 | I feel a strong sense of belonging to my department. | 1.00 | 5.00 | 2.87 | 1.50 | 2.25 | 15 |

| # | Field | Choice Count | |
|---|-------|-------------|---|
| 1 | Strongly disagree | 33.33% | 5 |
| 2 | Somewhat disagree | 6.67% | 1 |
| 3 | Neither agree nor disagree | 13.33% | 2 |
| 4 | Somewhat agree | 33.33% | 5 |
| 5 | Strongly agree | 13.33% | 2 |
| | | | 15 |

Showing rows 1 - 6 of 6

## RelCon1 - How much tension is there among members in your department?



| # | Field | Minimum | Maximum | Mean | Std Deviation | Variance | Count |
|---|-------|---------|---------|------|---------------|----------|-------|
| 1 | How much tension is there among members in your department? | 2.00 | 5.00 | 4.53 | 0.81 | 0.65 | 15 |

| # | Field | Choice Count | |
|---|-------|---------|---|
| 1 | None at all | 0.00% | 0 |
| 2 | A little | 6.67% | 1 |
| 3 | A moderate amount | 0.00% | 0 |
| 4 | A lot | 26.67% | 4 |
| 5 | A great deal | 66.67% | 10 |
| | | | 15 |

Showing rows 1 - 6 of 6

## RelCon2 - How much are personality conflicts evident in your department?



| # | Field | Minimum | Maximum | Mean | Std Deviation | Variance | Count |
|---|-------|---------|---------|------|---------------|----------|-------|
| 1 | How much are personality conflicts evident in your department? | 1.00 | 5.00 | 3.60 | 1.62 | 2.64 | 15 |

| # | Field | | Choice Count |
|---|-------|--|--------------|
| 1 | None at all | 20.00% | 3 |
| 2 | A little | 13.33% | 2 |
| 3 | A moderate amount | 0.00% | 0 |
| 4 | A lot | 20.00% | 3 |
| 5 | A great deal | 46.67% | 7 |
| | | | 15 |

Showing rows 1 - 6 of 6

TaskCon1 - How often do people in your department disagree about opinions regarding the work of your department?



| # | Field | Minimum | Maximum | Mean | Std Deviation | Variance | Count |
|---|-------|---------|---------|------|---------------|----------|-------|
| 1 | How often do people in your department disagree about opinions regarding the work of your department? | 2.00 | 5.00 | 4.27 | 0.85 | 0.73 | 15 |

| # | Field | Choice Count | |
|---|-------|--------------|--|
| 1 | None at all | 0 00% | 0 |
| 2 | A little | 6.67% | 1 |
| 3 | A moderate amount | 6.67% | 1 |
| 4 | A lot | 40.00% | 6 |
| 5 | A great deal | 46 67% | 7 |
| | | | 15 |

Showing rows 1 - 6 of 6

## TaskCon2 - How frequently do conflicts about ideas occur in your department?



| # | Field | Minimum | Maximum | Mean | Std Deviation | Variance | Count |
|---|-------|---------|---------|------|---------------|----------|-------|
| 1 | How frequently do conflicts about ideas occur in your department? | 1.00 | 5.00 | 3.13 | 1.31 | 1.72 | 15 |

| # | Field | | Choice Count |
|---|-------|---|---|
| 1 | None at all | 20.00% | 3 |
| 2 | A little | 6.67% | 1 |
| 3 | A moderate amount | 26.67% | 4 |
| 4 | A lot | 33.33% | 5 |
| 5 | A great deal | 13.33% | 2 |
| | | | 15 |

Showing rows 1 - 6 of 6

TaskCon3 - How much conflict about the teaching, service, and/or research related work in your department?



| # | Field | Minimum | Maximum | Mean | Std Deviation | Variance | Count |
|---|-------|---------|---------|------|---------------|----------|-------|
| 1 | How much conflict about the teaching, service, and/or research related work in your department? | 2.00 | 5.00 | 4.13 | 0.99 | 0.98 | 16 |

| # | Field | | Choice Count |
|---|-------|---|---|
| 1 | None at all | 0.00% | 0 |
| 2 | A little | 12.50% | 2 |
| 3 | A moderate amount | 6.25% | 1 |
| 4 | A lot | 37.50% | 6 |
| 5 | A great deal | 43.75% | 7 |
| | | | 16 |

Showing rows 1 - 6 of 6

## DeptSupp1 - My colleagues show concern for me.



| # | Field | Minimum | Maximum | Mean | Std Deviation | Variance | Count |
|---|-------|---------|---------|------|---------------|----------|-------|
| 1 | My colleagues show concern for me. | 1.00 | 5.00 | 3.06 | 1.25 | 1.56 | 16 |

| # | Field | | Choice Count |
|---|-------|---|-------|
| 1 | Strongly disagree | 18.75% | 3 |
| 2 | Somewhat disagree | 12.50% | 2 |
| 3 | Neither agree nor disagree | 18.75% | 3 |
| 4 | Somewhat agree | 43.75% | 7 |
| 5 | Strongly agree | 6.25% | 1 |
| | | | 16 |

Showing rows 1 - 6 of 6

## DepSupp2 - My colleagues care about my opinions.



| # | Field | Minimum | Maximum | Mean | Std Deviation | Variance | Count |
|---|-------|---------|---------|------|---------------|----------|-------|
| 1 | My colleagues care about my opinions. | 1.00 | 5.00 | 2.88 | 1.32 | 1.73 | 16 |

| # | Field | | Choice Count |
|---|-------|---|---|
| 1 | Strongly disagree | 25.00% | 4 |
| 2 | Somewhat disagree | 12.50% | 2 |
| 3 | Neither agree nor disagree | 18.75% | 3 |
| 4 | Somewhat agree | 37.50% | 6 |
| 5 | Strongly agree | 6.25% | 1 |
| | | | 16 |

Showing rows 1 - 6 of 6

DepSupp3 - My colleagues are willing to extend themselves in order to help me perform my job to the best of my ability.



| # | Field | Minimum | Maximum | Mean | Std Deviation | Variance | Count |
|---|-------|---------|---------|------|---------------|----------|-------|
| 1 | My colleagues are willing to extend themselves in order to help me perform my job to the best of my ability. | 1.00 | 5.00 | 2.50 | 1.37 | 1.88 | 16 |

| # | Field | | Choice Count |
|---|-------|---|---|
| 1 | Strongly disagree | 37.50% | 6 |
| 2 | Somewhat disagree | 12.50% | 2 |
| 3 | Neither agree nor disagree | 18.75% | 3 |
| 4 | Somewhat agree | 25.00% | 4 |
| 5 | Strongly agree | 6.25% | 1 |
| | | | 16 |

Showing rows 1 - 6 of 6

Incivil1 - My colleagues treat one another with respect.



| # | Field | Minimum | Maximum | Mean | Std Deviation | Variance | Count |
|---|-------|---------|---------|------|---------------|----------|-------|
| 1 | My colleagues treat one another with respect. | 1.00 | 5.00 | 2.13 | 1.36 | 1.85 | 15 |

| # | Field | | Choice Count |
|---|-------|---|---|
| 1 | Strongly disagree | 53.33% | 8 |
| 2 | Somewhat disagree | 6.67% | 1 |
| 3 | Neither agree nor disagree | 20.00% | 3 |
| 4 | Somewhat agree | 13.33% | 2 |
| 5 | Strongly agree | 6.67% | 1 |
| | | | 15 |

Showing rows 1 - 6 of 6

Incivil3 - General bad manners (e.g., interrupting, being late to meetings, etc.) is tolerated within my department.



| # | Field | Minimum | Maximum | Mean | Std Deviation | Variance | Count |
|---|-------|---------|---------|------|---------------|----------|-------|
| 1 | General bad manners (e.g., interrupting, being late to meetings, etc.) is tolerated within my department. | 2.00 | 5.00 | 3.80 | 1.05 | 1.09 | 15 |

| # | Field | Choice Count | |
|---|-------|------|---|
| 1 | Strongly disagree | 0.00% | 0 |
| 2 | Somewhat disagree | 13.13% | 2 |
| 3 | Neither agree nor disagree | 26.67% | 4 |
| 4 | Somewhat agree | 26.67% | 4 |
| 5 | Strongly agree | 33.33% | 5 |
| | | | 15 |

Showing rows 1 - 6 of 6

Incivil4 - There is a climate of professionalism in my department.



| # | Field | Minimum | Maximum | Mean | Std Deviation | Variance | Count |
|---|-------|---------|---------|------|---------------|----------|-------|
| 1 | There is a climate of professionalism in my department. | 1.00 | 5.00 | 2.13 | 1.15 | 1.32 | 15 |

| # | Field | | Choice Count |
|---|-------|---|---|
| 1 | Strongly disagree | 40.00% | 6 |
| 2 | Somewhat disagree | 20.00% | 3 |
| 3 | Neither agree nor disagree | 33.33% | 5 |
| 4 | Somewhat agree | 0.00% | 0 |
| 5 | Strongly agree | 6.67% | 1 |
| | | | 15 |

Showing rows 1 - 6 of 6

## Incivil5 - There is a spirit of inclusion in my department.



| # | Field | Minimum | Maximum | Mean | Std Deviation | Variance | Count |
|---|-------|---------|---------|------|---------------|----------|-------|
| 1 | There is a spirit of inclusion in my department. | 1.00 | 5.00 | 2.38 | 1.54 | 2.36 | 16 |

| # | Field | Choice Count |
|---|-------|-------------|
| 1 | Strongly disagree | 50.00% 8 |
| 2 | Somewhat disagree | 6.25% 1 |
| 3 | Neither agree nor disagree | 12.50% 2 |
| 4 | Somewhat agree | 18.75% 3 |
| 5 | Strongly agree | 12.50% 2 |
| | | 16 |

Showing rows 1 - 6 of 6

Dignity1 - People in my department communicate with me respectfully.



| # | Field | Minimum | Maximum | Mean | Std Deviation | Variance | Count |
|---|-------|---------|---------|------|---------------|----------|-------|
| 1 | People in my department communicate with me respectfully. | 1.00 | 5.00 | 2.87 | 1.59 | 2.52 | 15 |

| # | Field | | Choice Count |
|---|-------|---|---|
| 1 | Strongly disagree | 33.33% | 5 |
| 2 | Somewhat disagree | 13.33% | 2 |
| 3 | Neither agree nor disagree | 6.67% | 1 |
| 4 | Somewhat agree | 26.67% | 4 |
| 5 | Strongly agree | 20.00% | 3 |
| | | | 15 |

Showing rows 1 - 6 of 6

## Dignity2 - I am treated with respect in my department.



| # | Field | Minimum | Maximum | Mean | Std Deviation | Variance | Count |
|---|-------|---------|---------|------|---------------|----------|-------|
| 1 | I am treated with respect in my department. | 1.00 | 5.00 | 2.80 | 1.42 | 2.03 | 15 |

| # | Field | | Choice Count | |
|---|-------|--|-------|--|
| 1 | Strongly disagree | | 26.67% | 4 |
| 2 | Somewhat disagree | | 20.00% | 3 |
| 3 | Neither agree nor disagree | | 13.33% | 2 |
| 4 | Somewhat agree | | 26.67% | 4 |
| 5 | Strongly agree | | 13.33% | 2 |
| | | | | 15 |

Showing rows 1 - 6 of 6

Dignity3 - In my department, people talk to me like an equal even if there is a status difference between us.



| # | Field | Minimum | Maximum | Mean | Std Deviation | Variance | Count |
|---|-------|---------|---------|------|---------------|----------|-------|
| 1 | In my department, people talk to me like an equal even if there is a status difference between us. | 1.00 | 5.00 | 3.00 | 1.59 | 2.53 | 15 |

| # | Field | | Choice Count |
|---|-------|---|---|
| 1 | Strongly disagree | 33.33% | 5 |
| 2 | Somewhat disagree | 6.67% | 1 |
| 3 | Neither agree nor disagree | 6.67% | 1 |
| 4 | Somewhat agree | 33.33% | 5 |
| 5 | Strongly agree | 20.00% | 3 |
| | | | 15 |

Showing rows 1 - 6 of 6

Dignity4 - I feel just as valued as others in the department.



| # | Field | Minimum | Maximum | Mean | Std Deviation | Variance | Count |
|---|-------|---------|---------|------|---------------|----------|-------|
| 1 | I feel just as valued as others in the department. | 1.00 | 5.00 | 3.33 | 1.62 | 2.62 | 15 |

| # | Field | Choice Count | |
|---|-------|------|---|
| 1 | Strongly disagree | 26.67% | 4 |
| 2 | Somewhat disagree | 6.67% | 1 |
| 3 | Neither agree nor disagree | 6.67% | 1 |
| 4 | Somewhat agree | 26.67% | 4 |
| 5 | Strongly agree | 33.33% | 5 |
| | | | 15 |

Showing rows 1 - 6 of 6

Dignity5 - People in my department treat me like I matter as a person, not just as a faculty member.



| # | Field | Minimum | Maximum | Mean | Std Deviation | Variance | Count |
|---|-------|---------|---------|------|---------------|----------|-------|
| 1 | People in my department treat me like I matter as a person, not just as a faculty member. | 1.00 | 5.00 | 3.13 | 1.36 | 1.86 | 16 |

| # | Field | | Choice Count |
|---|-------|---|------|
| 1 | Strongly disagree | 18.75% | 3 |
| 2 | Somewhat disagree | 12.50% | 2 |
| 3 | Neither agree nor disagree | 25.00% | 4 |
| 4 | Somewhat agree | 25.00% | 4 |
| 5 | Strongly agree | 18.75% | 3 |
| | | | 16 |

Showing rows 1 - 6 of 6

## Year1 - How is your department's climate compared to last year?



| # | Field | Minimum | Maximum | Mean | Std Deviation | Variance | Count |
|---|-------|---------|---------|------|---------------|----------|-------|
| 1 | How is your department's climate compared to last year? | 1.00 | 5.00 | 2.87 | 1.20 | 1.45 | 15 |

| # | Field | | Choice Count |
|---|-------|---|---|
| 1 | Much worse | 20.00% | 3 |
| 2 | Somewhat worse | 6.57% | 1 |
| 3 | About the same | 53.33% | 8 |
| 4 | Somewhat better | 6.67% | 1 |
| 5 | Much better | 13.33% | 2 |
| | | | 15 |

Showing rows 1 - 6 of 6

Year2 - How well do people work together compared to last year?



| # | Field | Minimum | Maximum | Mean | Std Deviation | Variance | Count |
|---|-------|---------|---------|------|---------------|----------|-------|
| 1 | How well do people work together compared to last year? | 1.00 | 5.00 | 2.87 | 1.09 | 1.18 | 15 |

| # | Field | | Choice Count |
|---|-------|---|---|
| 1 | Much worse | 13.33% | 2 |
| 2 | Somewhat worse | 13.33% | 2 |
| 3 | About the same | 60.00% | 9 |
| 4 | Somewhat better | 0.00% | 0 |
| 5 | Much better | 13.33% | 2 |
| | | | 15 |

Showing rows 1 - 6 of 6

Year3 - Overall, are things better in your department this year compared to previous years?



| # | Field | Minimum | Maximum | Mean | Std Deviation | Variance | Count |
|---|-------|---------|---------|------|---------------|----------|-------|
| 1 | Overall, are things better in your department this year compared to previous years? | 1.00 | 5.00 | 2.67 | 1.30 | 1.69 | 15 |

| # | Field | | Choice Count |
|---|-------|---|---|
| 1 | Much worse | 26.67% | 4 |
| 2 | Somewhat worse | 13.33% | 2 |
| 3 | About the same | 40.00% | 6 |
| 4 | Somewhat better | 6.67% | 1 |
| 5 | Much better | 13.33% | 2 |
| | | | 15 |

Showing rows 1 - 6 of 6

STERN V. ROBERTS EVIDENTIARY HEARING          DEFENDANTS 0166

Turnover1 - How often have you seriously considered leaving your current job?



| # | Field | Minimum | Maximum | Mean | Std Deviation | Variance | Count |
|---|-------|---------|---------|------|---------------|----------|-------|
| 1 | How often have you seriously considered leaving your current job? | 1.00 | 6.00 | 3.38 | 1.73 | 2.98 | 16 |

| # | Field | | Choice Count |
|---|-------|---|---|
| 1 | Never | 25.00% | 4 |
| 2 | Rarely | 6.25% | 1 |
| 3 | Sometimes | 18.75% | 3 |
| 4 | Somewhat often | 18.75% | 3 |
| 5 | Quite often | 18.75% | 3 |
| 6 | Extremely often | 12.50% | 2 |
| | | | 16 |

Showing rows 1 - 7 of 7

## Turnover2 - I intend to quit my current job.



| # | Field | Minimum | Maximum | Mean | Std Deviation | Variance | Count |
|---|-------|---------|---------|------|---------------|----------|-------|
| 1 | I intend to quit my current job. | 1.00 | 5.00 | 2.07 | 1.18 | 1.40 | 15 |

| # | Field | Choice Count | |
|---|-------|--------------|--|
| 1 | Definitely not | 46.67% | 7 |
| 2 | Probably not | 13.33% | 2 |
| 3 | Might or might not | 33.33% | 5 |
| 4 | Probably yes | 0.00% | 0 |
| 5 | Definitely yes | 6.67% | 1 |
| | | | 15 |

Showing rows 1 - 6 of 6

## Turnover 3 - If you plan to leave, when do you think you will do so?



| # | Field | Minimum | Maximum | Mean | Std Deviation | Variance | Count |
|---|-------|---------|---------|------|---------------|----------|-------|
| 1 | If you plan to leave, when do you think you will do so? | 1.00 | 6.00 | 4.93 | 1.57 | 2.46 | 15 |

| # | Field | | Choice Count |
|---|-------|--------|------|
| 1 | 6 months or less | 6.67% | 1 |
| 2 | Over 6 months, up to 1 year | 0.00% | 0 |
| 3 | Over 1 year, up to 3 years | 20.00% | 3 |
| 4 | Over 3 years, up to 5 years | 0.00% | 0 |
| 5 | Over 5 years | 13.33% | 2 |
| 6 | N/A | 60.00% | 9 |
| | | | 15 |

Showing rows 1 - 7 of 7

Well - List and describe 2 things that are going well in the department and briefly explain

why.

List and describe 2 things that are going well in the department and briefl..

People are now able to do very well for themselves by facilitating the corruption and the ongoing acts of retaliation against those who speak out. You can literally receive a titled professorship now with virtually no citations, zero influence in the field, and you dont even have to work the area the donors intended to support. Awesome! This wouldn't be possible of course without the CLA Dean's Office.

The department is in a much better position than where it was under Dr. Stern's leadership. We have the sense of inclusion and respect in the department. Dr. Kim includes everyone in different committees and in decision making. He values faculty opinion. Under Dr. Stern's leadership there was no scope of opinion or disagreement because every decision was imposed on the faculty and we had to vote openly in front of Dr. Stern, Dr. Liliana Stern, Dr. Seals and Dr. Beard. The above multiple choice questions are a little confusing because we do have the sense of respect, work satisfaction, less tension and less sense of personality conflict under Dr. Kim's leadership. We have more caring environment now than before. However, the problem of having the worse work environment, disrespect for each other and particularly no respect for female and diverse faculty is due to the behavior of a group of faculty in the department. Dr. Stern, Dr. Liliana Stern and Dr. Seals continuously attack Dr. Kim. They also attack the faculty who participate in any positive environment of the department. They are angry for their removal from the power. This anger is reflected in their behavior. This is ruining the academic environment. This behavior is disturbing the sense of belonging, respect, caring for each other and personality conflict.

I will just list the only things going "good" in my department. Violating federal labor laws with shoddy and corrupt hiring practices, violating first amendment rights of faculty who won't tolerate such extreme displays of banditry by the administration, graft for faculty who play along and third-rate academic fraud, hiring unqualified instructors, generally screwing up the division of labor in the department so bad that it has to be on purpose just to rub it in Mike Stern's face.

Standard procedures, rules, and norms of the profession and the university: Unlike Dr. Stern, Dr. Kim complies with the standard norms and etiquettes of the profession. For example, keeping personnel as well as personal information private, practice of anonymous voting, uniform information disclosure, no bullying and intimidation. Shared governance: Unlike Dr. Stern, Dr. Kim always forms appropriate committees and delegates the tasks to different faculty members. Dr. Stern not only micro manager every possible decisions of the department, there was no committee no delegation of tasks no information sharing. No tenured full professor ever questioned any decision of Dr. Stern. Such was the power of manipulation and intimidation.

The majority of faculty are good scholars and teachers. They work together and show respect to each other. On the other hand, a small group of people is poison to the department and should be removed from the unit. Extremely hostile and unprofessional to the rest of the faculty creating a hostile working environment.

We have a very good seminar series I am proud of. It's important for our professional development and for the graduate students to get exposure to outside perspectives. I think the department provides good resources for research and I hope it continues.

Department Chair supports promoting the department and is extremely approachable. Most colleagues support each other with the exception of a handful. These supportive colleagues praise publications and accomplishments.

1. Despite years of Covid-induced distancing and remote work, majority of the faculty members have been cordial and professional with each other.
2. Seminars and talks have been active and engaging despite the hybrid format.

Junior faculty - Somehow we have been able to recruit 3 new junior faculty in the last few years who have tremendous potential. They need to be protected and encouraged as a first priority.

I am granted freedom to run my classes in the way I see fit, and when I voice my concerns or propose solutions to problems, I am taken seriously.

Improve - List and describe 2 things that need improvement in the department and briefly explain why.

List and describe 2 things that need improvement in the department and brie...

My god, you only want 2 things?? 1. We don't have a legitimate chair. Hence, virtually every aspect of the department that depends on the chair has declined as a result. One of the most important duties of a chair is to maintain healthy communication the climate of the unit. Hyeongwoo Kim is a complete and total disaster! Yet, he received massive raises from the CLA Dean's office. Why? 2. The management of our undergraduate curriculum is absolutely terrible. This is true from a scheduling standpoint, the distribution of duties, the non-advising of students, and also the employment of completely unqualified instructors. The CLA Dean's office has been aware of this and yet they have repeatedly done absolutely nothing about it.

1) exclusion and retaliation against a group of faculty members by Hyeongwoo Kim; 2) asymmetric communication between the chair and some members of the department

The first thing is respect for each other. Dr. Stern hired Dr. Nicolas Ziebarth without any candidate search and we all had to vote using our email in the hiring. Dr. Stern did this for his own interest in the proposed independent "school of economics". After Dr. Nicolas Ziebarth joined, he started commenting on the low quality faculty of the department and created a strong sense of discrimination and disrespect in the department. The disrespect is very strong against diverse female faculty. Discrimination was reflected in his hiring decisions. Dr. Stern nurtured this discrimination behavior from the very beginning and this is still continuing despite Dr. Kim's effort to stop it. Unless we stop the disrespect, help junior faculty in their career path, we will not be able to improve the tension and work environment of the department. The department is a tense disturbed place to work and it affects our productivity. Second thing is we need to separate the group of faculty who are creating problems for the entire department from the rest of the faculty. Maybe a separate "school of economic history" where Dr. Stern, Dr. Liliana Stern, Dr. Seals and Dr. Ziebarth can belong will solve the problems of the department of economics. Dr. Stern asked for the school of economics from the administration in 2017. The rest of the faculty except this group did not agree with the school of economics. But we had to vote for it. If Dr. Stern, Dr. Ziebarth, Dr. Liliana Stern and Dr. Seals can have a separate unit as Dr. Stern requested, then we will have a professional department. Dr. Kim is doing an excellent job in improving the departmental climate but this group of faculty is hindering the effort. No external chair can bring peace and professional environment if this group of faculty exist in the department. No one can do what Dr. Kim is doing. He needs to stay as the chair or the department head for a few more years.

Hyeongwoo Kim should have dismissal proceedings brought against him. Gilad Sorek, Tannista Banerjee and Aditi Sengupta should be removed from the Dept./School of Economics. No one, including the administration would notice their departures, except for the increase in productivity.

Civility and professional attitude of Dr. Mike Stern, Dr. Liliana Stern, and Dr. Alan Seals. They would not stop unless they get back the power and authority they crave for to control the unit. And it would be stepping back to a very dark time if that ever happens. So, nothing might change unless they are forced to leave the unit or are given proper incentive to leave the unit. They have no incentive to behave professionally. It has been proven again and again that no one could make them to do so.

The university must do something with regard to the behavior of the Sterns and Alan Seals. They hurt the rest of the faculty so much. They even manipulate undergraduate students to attack their colleagues. They should be removed from the unit.

The main problem is, quite obviously, the abhorrent behavior of three individuals (the Sterns, and Alan Seals). It simply has to be addressed. It makes any change at all impossible because everyone avoids interaction at all costs. Setting that aside, I do not think there is much consensus on what constitutes legitimate research in economics, and I think that tension makes it difficult for the people on the "other side" to present a unified front. In my view, the college needs to make clear that the goal of research is to develop a scholarly reputation *in the field of economics*, publish *in leading economics journals*, etc. Right now it's just a mess, and that leads to a lot of problems (such as in writing tenure and promotion standards).

The venom in the department needs extracting. A few makes it bad for the whole. I am not comfortable sharing my articles and publications in fear of being torn down. I have published a few articles and currently write for NerdWallet, but sadly, I don't trust to have support from a handful of colleagues. My accomplishments cannot be shared. Leadership does not need to be changed, only established and respected. Coming from the private sector and multiple institutions, the level of disrespect a handful of faculty force on the chair would result in dismissal in most sectors. I support the leadership fully, whether it is the dean or chair. I will not be insubordinate, it doesn't solve anything.

List and describe 2 things that need improvement in the department and brie...

1. Professor Michael Stern has been outwardly hostile and often unprofessional in his language, tone, and expressions during faculty meetings, especially toward the current department chair. I have felt uncomfortable from such behavior, and I believe many other faculty members have as well. The behavior at best discourages more fruitful and constructive discussions during the meetings and at worst borders on workplace bullying. 2. I am under an impression that the curriculum design for both undergraduate and graduate courses could be reviewed to ensure all students who satisfy the prerequisites are adequately prepared to succeed.

First of all, the college is trying to suppress my speech by trying to limit issues to two. There are definitely more than two things that are going badly. There are two sources of the problems we have the department chair and the college administration. I am listing the reasons below. 1. The main source of our problems within the department is the current chair. The reasons are below. The faculty who were harmed due to these actions of the chair has to be compensated. a. The chair distributes privileges/teaching assignments/research support/decision-making power not according to merit or experience. Many examples are below: i. Some faculty members are allowed to make changes in the advertised characteristics of their courses (such as the time of the day/week they teach), while others have to conform to the advertised course attributes. ii. Some faculty members are included in hiring committees without any expertise, while others are not consulted at all, even though they are experts in the field of vacancy. iii. Some faculty are given better teaching assignments in the summer. For example, the chair told a faculty member that teaching two asynchronous sections of the same course in summer "would not look good" and he did not give this faculty member such teaching assignment in summer 2021. However, the chair gave another faculty member two asynchronous sections of the same course in the same semester. iv. Chair and some faculty make decisions about our graduate students and graduate program without input from some other faculty members who are very active in training grad students. v. Chair allocates professorships, such as the Maloney professorship, to himself without announcing a call to the faculty. vi. Some faculty get full credit for teaching a handful (less than 10) students in a course section, while other faculty have to teach 40-50 or sometimes 100s of students to get the same amount of credit. b. The chair does not communicate with some of the departmental faculty. i. The chair said that there was a hiring freeze at the university, and for that reason, the department was not allowed to make changes to the ad. Other faculty found out that there was no freeze at the university. When asked about this, the chair did not respond. ii. The chair did not respond to faculty about their modality request in Spring 2022, even though the dean asked the chair to discuss the issue with the faculty. iii. When asked about the status of hiring, the chair did not respond. iv. When faculty asked about what they should do in a specific situation that affects students' learning during the COVID-19 pandemic, the chair did not respond. v. In a department meeting, the chair refused to answer questions regarding who/why he nominated faculty members for the Denson professorship. He said that we should make an Open Records Request through the University counsel's office. c. The chair retaliates against faculty due to their speech and research. The dean knows about this. d. The chair does not respect the first amendment rights of the faculty. i. He wrote that some faculty members were not able to speak related to items germane to the agenda during a departmental meeting. The dean also knew about this. e. The chair does not advocate for the benefit of the department or its members when dealing with the college and university administration. He only implements what he is ordered to do by the administration even though the order is not good for the unit. f. The chair is not knowledgeable about the policies of the university. This is possibly a partial reason as to why he does not answer the faculty's questions. g. The chair is incompetent in running the department operations. i. He could not conduct a successful vote for hiring and count the ballots from 14 people. ii. He does not implement a rational voting system. How come, as economists, do we try to aggregate ordinal preferences of individuals to the department level, given the Impossibility Theorem of Kenneth Arrow, the Nobel Laureate in Economic Sciences in 1972? iii. He does not implement decisions taken by the faculty. For example, we have decided to change the number of credit hours for ECON 4600 from 3 to 4. It has been 4 years since this decision. No changes were made. iv. He simply does not carry out some of his duties. For example, the chair should have coordinated giving the Ault teaching award. But this is not done this year and the past year. v. The chair does not know the demand for online classes and refuses to measure the demand for it. When presented with high evidence of demand for online classes, he simply ignores it. Due to this action of the chair, the department, college, and the university are potentially losing students. Some students and faculty are not happy. 2. The reason for why the chair is abusing his powers is the college administration. The college administration does not take responsibility for these actions of the chair, whom they supposedly supervise. They do not do anything, although the abuses of power by the department chair and his wrongdoings are documented in writing a number of times. The college closes its eyes when the department chair's mistakes are pointed out. The chair is allowed to continue taking retaliatory action against the faculty due to their speech, harm them, and at the same time harm our programs and students. The chair provides incorrect information to the faculty and fails to correct his mistakes. He doesn't communicate with the faculty. He refuses to do so. College does nothing about these. The dean refuses to come to a meeting with the faculty. What is most striking is that the college is not only not taking action but also rewarding the chair for his behavior. He gets above-average salary raises. He gets endowed professorships worth tens of thousands of dollars.

I don't know if members talk to each other and work together but I have never been anywhere where I have not spoken to anyone other than the department chair and a retired professor.

Goup of senior faculty - There are a group of senior faculty who continually treat the chair and other seniors in the department terribly. They assume the worst about others in every situation and act outraged about every little thing that doesn't go right. They are quick to make accusations and slow to apologize when their accusations turn out to be false. I do not like to think poorly of my colleagues (I feel like I'm becoming one of them), but honestly, they only seem interested in bringing themselves back into power within the department. They seem to care very little about scholarship or the graduate program and contribute little to the intellectual life of the department. It has got to the point where people are not willing to serve on committees as non-controversial as an undergraduate scholarship committee if it means serving with faculty members from this group. Lack of leadership - I like personally the people in the leadership roles of the department. I think they are care deeply about the direction of the department and serve out of a sense of duty. They are certainly trying their best in a difficult situation, but they seem to have been beaten down by the group of senior faculty referenced in the first point. While the minimal functionings of the department get done, that's about it and, consequently, the department feels adrift with little long term thinking.

List and describe 2 things that need improvement in the department and brie...

We need to build a stronger undergraduate program. We need an administration at all levels, from department head to university president, that is serious about helping the undergraduate program grow.

**PD - How can the department or college assist you with your own professional development and reaching your career goals? Please indicate below.**

How can the department or college assist you with your own professional dev...

The "college" can immediately fire both Associate Deans and Hyeongwoo Kim. When a College attempts to administer a Department on the basis of illegally retaliating against those who have spoken out on matters of public concern, the results are naturally devastating. The Economics Department was a wonderful place for both students and faculty alike when we had a legitimate chair like Dr. Stern. The faculty unanimously voted to leave this "college" for very good reasons.

Dr. Kim has to be fired (I don't understand why and how he hasn't been fired yet). He doesn't do his job as a chair, is incompetent, and malicious. He almost completely excludes several members of the department from the departmental business (committees, program reviews, other important decisions), retaliates against the same members by lowering their evaluation scores, hires academically suspended individuals to teach thousands of students, lies continuously, falsifies university paperwork, treats faculty members unequally. He also doesn't communicate with everyone in the department equally (eg. goes in the back room with some members of the department and tells them some info while leaving the rest of the department in the "dark"). He tried to corrupt and manipulate the hiring process and asked the faculty to vote three times this cycle (while reporting the votes to his "friends" only so that they could change the way they vote the second and third time with an attempt of hiring their favorite job candidate). Last cycle, he didn't even report the results of the vote and I found out Dr. Peng was hired from Provost Hardgrave during my meeting with him. Dr. Kim refuses to conduct faculty meetings and doesn't allow people to speak during the very few meetings that we did have in the last couple years. Dr. Kim endorses an appalling and disgusting behavior by certain male faculty members toward female members of the department. The strained environment at the department is the direct effect of Dr. Kim's incompetence and malice and has nothing to do with any personality conflicts. Before Dr. Kim was illegally installed as a chair of the economics department, without any consultation with the faculty, everyone in the department got along great and we were all friends. Dr. Kim is the only reason for all the serious issues that this department has encountered in the last three years.

The college can make Dr. Kim the chair or head for a few more years so that he can continue building the professional environment for junior and mid career faculty. We are low in full professors. We need Dr. Kim's guidance to improve our professional career. The disturbing environment of the department has negative influence in my productivity. We need stability and professional environment to improve our career. No one other than Dr. Kim can bring this sense of inclusion and professional environment. He cannot bring the sense of inclusion, professionalism in the department in the presence of Dr. Stern, Dr. Ziebarth, Dr. Liliana Stern and Dr. Seals.

Fire Charles Israel, Cynthia Bowling, and Hyeongwoo Kim and eject the non-producing grifters, who were never a problem before the administration decided to destroy us, to Finance, Political Science, and Ag Economics. Let the faculty who produce, even if they don't always get along, have control of their future. The administration did every bit of this and should be made to answer for it. You all ought to be ashamed.

Please make Dr. Kim the head of the department at least for the next 3 years. It would give some time to stabilize the department and probably neutralize the unit. No one can manage this unit better than Dr. Kim. One needs a very very thick skin and tremendous tolerance to take all such nonsense and keep on doing what needs to be done for the professional improvement of the unit. CLA and the university provide us with plenty of resources to nourish as a scholar. In an ideal world, if stems and seals leave the unit, we would be infinitely better off but it's not that easy to move tenured people. So, the second best alternative is to let Dr. Kim lead the unit for three more years or so. NO external person would be helpful as a leader.

Remove the Stems from the department. The rest of the faculty will be freed if that happens.

Minimizing, as much as possible, the role of the three troublemakers. That's really it.

Rid the fear of broadcasting my articles and writing. Again, it's simple, we get paid to do a job so we should do it and respect our leaders. We are generously compensated to teach and research, some just to teach. I get paid to only teach, but I do BOTH because it should only HELP the department. I can't develop when members of your own team spend more time looking to oust leadership than working. Productivity only increases when you play for the name on the front of the jersey, not the back.

through continued subscription to the Atlanta RDC for the census data access.

College administration should stop closing their eyes to the wrongdoings of the department chair and keep him accountable. Also, the faculty who were harmed due to the chair's actions have must be compensated.

How can the department or college assist you with your own professional dev...

More effort to meet me, include me in things such as seminars etc would be great. Talk to me about research about teaching about anything. I have been around for six months and apart from the chairman only one person actively reached out to meet and talk to me. Apart from emails from the chairman and the department administrator the only email I was included in was to give a gift to the administrator!

I would like to be able to continue to hire junior faculty and expand the graduate program. Juniors and graduate students bring energy and a research-oriented culture to a department. Such an environment is important for me in continuing to advance my research agenda. I know it sounds insane to allocate more resources to a dysfunctional department like ours and almost criminal bringing more people into this environment. That said, this is what would help me and I think it is the only way we change the internal political dynamics of the department by sidelining the group of bad actors.

I have reached my career goals.

## Position - Please indicate your current position



| # | Field | Minimum | Maximum | Mean | Std Deviation | Variance | Count |
|---|-------|---------|---------|------|---------------|----------|-------|
| 1 | Please indicate your current position | 1.00 | 3.00 | 1.63 | 0.86 | 0.73 | 16 |

| # | Field | | Choice Count |
|---|-------|---|---|
| 1 | Tenure-track or Tenure-track faculty (e.g., Assistant , Associate or Professor) | 62.50% | 10 |
| 2 | Professional Faculty (e.g., Instructor, Lecturer, Clinical Professor, Professor of Practice, Visiting Professor) | 12.50% | 2 |
| 3 | Prefer not to state | 25.00% | 4 |
| | | | 16 |

Showing rows 1 - 4 of 4

Q42 - How many years have you been in your department?



| # | Field | Minimum | Maximum | Mean | Std Deviation | Variance | Count |
|---|---|---|---|---|---|---|---|
| 1 | How many years have you been in your department? | 1.00 | 4.00 | 2.19 | 1.13 | 1.28 | 16 |

| # | Field | | Choice Count |
|---|---|---|---|
| 1 | 1-6 years | 31.25% | 5 |
| 2 | 7-15 years | 43.75% | 7 |
| 3 | 16 or more years | 0.00% | 0 |
| 4 | Prefer not to state | 25.00% | 4 |
| | | | 16 |

Showing rows 1 - 5 of 5

AddComments - Optional: Please provide any additional comments about the

department

Optional: Please provide any additional comments about the department

Why did we never receive surveys like this or have consultants (like two ex-provosts and Mr. Melton) run through us prior to Dr. Hyeongwoo Kim being illegally installed by the CLA Dean's Office??

Dr. Kim has to be fired for being completely incompetent and malicious, for jeopardizing our undergrad program through hiring academically unfit teachers, for relation and corruption.

We had a very disturbing and discriminating environment when Dr. Stern was the chair of the department. Dr. Kim made many positive changes. Examples are, anonymous voting, including faculty in the hiring committees, shared governance and respect for everyone. However, we still have disrespect for each other, unprofessional environment and racial discrimination. The unprofessional environment combining with racial discrimination need to stop with the splitting of the department. The main stream economics faculty can stay in the department of economics and concentrate on applied economics.Dr. Stern, Dr. Ziebarth, Dr. Liliana Stern and Dr. Seals can join a split department which can concentrate on post Keynesians, Marxians and history of economic thought.

Hyeongwoo Kim is the worst department chair at this institution. His labor has been misallocated by moron upper administrators who thought it would be funny to burn down something others had worked hard to make decent. Fuck you people. Only trash behaves this way when the public puts their trust in you.

Removing Dr. Stern from the leadership position is the best ever thing that had happened to this unit. Their current objective is to prove that Dr. Kim is an incompetent leader and eventually gain back control over the unit. Mike is an extremely clever, strategic, manipulative leader who is well aware of individual weaknesses. No matter what happens to this unit, Stern and company should never get any power back. It would destroy everything that a lot of sincere people worked for relentlessly. Junior faculty needs a research focused empathetic leader like Dr. Kim to succeed.

Michael Stern is cancer to the department. The university must remove him from the unit, maybe from Auburn University. Alan, Liliana, and Duha need to go with him. There's no other solution. We had enough.

It's really time for the university to do something. I understand there are lawsuits, but the behavior in this department is shockingly bad, I have tried every possible avenue of complaint. We're at the stage of literal criminality, and it appears that nothing will be done about anything that happens here. How is that acceptable?

Coming from a few colleges and commercial banking, this is the first department where I've seen only a few faculty work to ruin the entire lives of their teammates. First, these faculty have committed MULTIPLE, fire-able offenses to me personally: libel, character defamation, and slander. Instead of taking action, I chose to keep my head down and work. As a result, I've maintained superb evaluations and multiple publications, all while being offered multiple jobs. I have chosen not to pursue other avenues because most of the faculty here has promise and compressed potential, but out of fear, not many see. Leadership IS competent, but unfortunately needs to clap back with a zero tolerance of disrespect principle.

The causes for our main problems are well known as Michael Stern Liliana Stern and Alan Seals. Since Michael was (fortunately) removed from serving as chair they turned this place into a war zone, and unfortunately managed to paralyze and undermine much of our operation, and contaminate the atmosphere with mistrust, tension, and hostility. We need a decisive intervention of the new Dean/Provost/President to cope with them, bring the department back on track of a fully functioning academic unit, and secure the professional and personal well-being of the faculty. The other parts of the department could be well functioning and successful. We have some talented and committed junior faculty and some productive and decent seniors who can lead the department to progress and development. I could not answer most of the "ranking" questions because they force me to bundle the good and bad parts of the department. There are some very good people here, there are some ok people, and three destructive, reckless, and harmful faculty who impose their ill attitude and misconduct on the entire unit.

I am most worried about the junior faculty, the graduate students, and frankly the undergraduate students. They are all at risk of being dragged into department politics. It is not fair to them and is damaging to the long-term interests of the department. I hope that the college can make sure that these groups of people feel safe and are able to do their work.

**End of Report**