## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| DR. MICHAEL L. STERN,<br>    Plaintiff,<br><br>v.<br><br>DR. CHRISTOPHER B. ROBERTS, et al.,<br>    Defendants. | Case No. 3:18-cv-807-CLM |

## ORDER

It has come to the court's attention that there is a typographical error on page 5 of the court's order on Dean Aistrup's posttrial motions (doc. 246). Specifically, the first sentence of Part C of the court's analysis of Claim 2: Compensatory Damages for Removal as Chair says, "Knowing that he did suffer a money loss for the 2016-19 term, Stern argues that the jury could have found that Stern would have been reelected Chair for the 2019-2022 term absent Aistrup's retaliation and thus awarded him money to compensate for that loss." (Doc. 246 at 5). But the court meant, "Knowing that he did ***not*** suffer a money loss for the 2016-19 term, Stern argues that the jury could have found that Stern would have been reelected Chair for the 2019-2022 term absent Aistrup's retaliation and thus awarded him money to compensate for that loss." (emphasis added).

The court **DIRECTS** the Clerk of Court to enter an amended order that fixes only this typographical error. *See* Fed. R. Civ. P. 60(a). The entry of the amended order does not otherwise affect the court's ruling.

**Done** and **Ordered** on June 30, 2023.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE