# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **DR. MICHAEL L. STERN,** ) | |
| ) | |
| **Plaintiff,** ) | **CIVIL ACTION NO.** |
| ) | **3:18-cv-00807-CLM-JTA** |
| **v.** ) | |
| ) | |
| **DR. CHRISTOPHER B.** ) | |
| **ROBERTS, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## JOINT CALCULATION OF CUMULATIVE BACK PAY AND INTEREST OWED

COME NOW the parties and, pursuant to the Court's Order on Stern's posttrial motion (Doc. 247), provide this notice of the calculation of the cumulative back pay and interest owed to Plaintiff, Dr. Michael Stern. The final calculation has been agreed upon by all parties to this matter.

### *Methodology for calculating interest on back pay award*

Consistent with the Court's order of June 29, 2023, the parties used the IRS prime rates calculated in accordance with 28 U.S.C. § 1961(c)(1) and § 6621. The IRS interest rate is the Federal short-term rate plus five (5) percentage points. Because the short-term rate is established every quarter, it changes over time.

IRS calculates interest on a daily basis, but for ease of calculations, and because the back pay amount increased each month, interest was calculated on a monthly basis.

The spreadsheet attached as **Exhibit A** sets forth, month by month, the amount of back pay due in that month (Column B), the cumulative back pay (Column C), and the annual quarterly interest rate for that month (Column D). Column C is generally a check to make certain that the form accounts for the total back pay award. It is not used in calculating the interest.

The interest formula imbedded in the spreadsheet begins with the back pay due in first month (Oct. 2018 - $517.40) and calculates the interest on that amount ($517.40 x .07 divided by 12: $3.02). (Column E.) The interest is then added to the back pay to create the total of back pay plus interest, $520.42. (Column F.) Subsequent months utilize a different formula to account for compounding. For example, the amount due in November 2018 ($517.40) is added to the October cumulative back pay plus interest ($520.42) for a total of $1037.82. Interest is then calculated on that amount ($1037.82 x .07 divided by 12 = $6.05). The back pay ($517.40) and interest ($6.05) due that month are then added to the previous month's total. ($520.42 + $517.40 + $6.05 = $1043.87.)

The total back pay and interest due through the end of July, 2023, is **$42,836.35**.

Respectfully submitted this 13th day of July, 2023.

    ATTORNEYS FOR PLAINTIFF

    */s/ Alicia K. Haynes*
    Alicia K. Haynes
    John D. Saxon
    Cynthia F. Wilkinson

**OF COUNSEL:**
**HAYNES & HAYNES, P.C.**
1600 Woodmere Drive
Birmingham, AL 35226
(205) 879-0377
akhaynes@haynes-haynes.com

**JOHN D. SAXON, P.C.**
2119 Third Avenue North
Birmingham, AL 35203
(205) 324-0223
jsaxon@saxonattorneys.com

**WILKINSON LAW FIRM**
1717 3rd Avenue North, Suite A
Birmingham, AL 35203
(205) 250-7866
cwilkinson@wilkinsonfirm.net

    ATTORNEYS FOR DEFENDANTS

    */s/ Aria B. Allan*
    Aria B. Allan
    David R. Boyd
    John G. Smith
    Charles A. Burkhart
    Jamie S. Hammer
    Melissa M. White

**OF COUNSEL:**
**BALCH & BINGHAM LLP**
P.O. Box 78
Montgomery, AL 36101
aallan@balch.com
dboyd@balch.com
jgsmith@balch.com
cburkhart@balch.com

**AUBURN UNIVERSITY**
182 South College Street
101 Samford Hall
Auburn, AL 36849
jsh0073@auburn.edu
mmw0012@auburn.edu