# EXHIBIT A

**Stern v. Roberts, et al.**
Backpay (jury award and supplemental) with prejudgment interest per Court Order of June 29, 2023.
Interest compounded quarterly at the Underpayment Rates estabished by 28 USC 6621.

| Yr.Mo. | Back Pay Due This Month | Cumulative Back Pay | Quarterly Rate | Interest This Month | Cumulative Back Pay + Interest |
|---|---|---|---|---|---|
| 2018 Aug. | $0.00 | $0.00 | 0.07 | $0.00 | $0.00 |
| Sept. | $0.00 | $0.00 | 0.07 | $0.00 | $0.00 |
| Oct. | $517.40 | $517.40 | 0.07 | $3.02 | $520.42 |
| Nov. | $517.40 | $1,034.80 | 0.07 | $6.05 | $1,043.87 |
| Dec. | $5,667.40 | $6,702.20 | 0.07 | $39.15 | $6,750.42 |
| 2019 Jan. | $517.40 | $7,219.60 | 0.08 | $48.45 | $7,316.27 |
| Feb. | $517.40 | $7,737.00 | 0.08 | $52.22 | $7,885.90 |
| Mar. | $517.40 | $8,254.40 | 0.08 | $56.02 | $8,459.32 |
| Apr. | $517.40 | $8,771.80 | 0.08 | $59.84 | $9,036.56 |
| May | $517.40 | $9,289.20 | 0.08 | $63.69 | $9,617.66 |
| June | $517.40 | $9,806.60 | 0.08 | $67.57 | $10,202.62 |
| July | $517.40 | $10,324.00 | 0.07 | $62.53 | $10,782.56 |
| Aug. | $517.40 | $10,841.40 | 0.07 | $65.92 | $11,365.87 |
| Sept. | $517.40 | $11,358.80 | 0.07 | $69.32 | $11,952.59 |
| Oct. | $517.40 | $11,876.20 | 0.07 | $72.74 | $12,542.74 |
| Nov. | $517.40 | $12,393.60 | 0.07 | $76.18 | $13,136.32 |
| Dec. | $517.40 | $12,911.00 | 0.07 | $79.65 | $13,733.37 |
| 2020 Jan. | $517.40 | $13,428.40 | 0.07 | $83.13 | $14,333.90 |
| Feb. | $517.40 | $13,945.80 | 0.07 | $86.63 | $14,937.93 |
| Mar. | $517.40 | $14,463.20 | 0.07 | $90.16 | $15,545.48 |
| Apr. | $517.40 | $14,980.60 | 0.07 | $93.70 | $16,156.58 |
| May | $517.40 | $15,498.00 | 0.07 | $97.26 | $16,771.25 |
| June | $517.40 | $16,015.40 | 0.07 | $100.85 | $17,389.50 |
| July | $517.40 | $16,532.80 | 0.05 | $74.61 | $17,981.51 |
| Aug. | $517.40 | $17,050.20 | 0.05 | $77.08 | $18,575.99 |
| Sept. | $517.40 | $17,567.60 | 0.05 | $79.56 | $19,172.95 |
| Oct. | $517.40 | $18,085.00 | 0.05 | $82.04 | $19,772.39 |
| Nov. | $517.40 | $18,602.40 | 0.05 | $84.54 | $20,374.33 |
| Dec. | $517.40 | $19,119.80 | 0.05 | $87.05 | $20,978.78 |
| 2021 Jan. | $517.40 | $19,637.20 | 0.05 | $89.57 | $21,585.75 |
| Feb. | $517.40 | $20,154.60 | 0.05 | $92.10 | $22,195.24 |
| Mar. | $517.40 | $20,672.00 | 0.05 | $94.64 | $22,807.28 |
| Apr. | $517.40 | $21,189.40 | 0.05 | $97.19 | $23,421.87 |
| May | $517.40 | $21,706.80 | 0.05 | $99.75 | $24,039.01 |
| June | $517.40 | $22,224.20 | 0.05 | $102.32 | $24,658.73 |
| July | $517.40 | $22,741.60 | 0.05 | $104.90 | $25,281.03 |

| | | | | | |
|---|---|---|---|---|---|
| Aug. | $517.40 | $23,259.00 | 0.05 | $107.49 | $25,905.92 |
| Sept. | $517.40 | $23,776.40 | 0.05 | $110.10 | $26,533.42 |
| Oct. | $517.40 | $24,293.80 | 0.05 | $112.71 | $27,163.53 |
| Nov. | $517.40 | $24,811.20 | 0.05 | $115.34 | $27,796.27 |
| Dec. | $517.40 | $25,328.60 | 0.05 | $117.97 | $28,431.64 |
| 2022 Jan. | $517.40 | $25,846.00 | 0.05 | $120.62 | $29,069.67 |
| Feb. | $517.40 | $26,363.40 | 0.05 | $123.28 | $29,710.34 |
| Mar. | $517.40 | $26,880.80 | 0.05 | $125.95 | $30,353.69 |
| Apr. | $517.40 | $27,398.20 | 0.06 | $154.36 | $31,025.45 |
| May | $517.40 | $27,915.60 | 0.06 | $157.71 | $31,700.56 |
| June | $517.40 | $28,433.00 | 0.06 | $161.09 | $32,379.05 |
| July | $517.40 | $28,950.40 | 0.07 | $191.90 | $33,088.35 |
| Aug. | $517.40 | $29,467.80 | 0.07 | $196.03 | $33,801.78 |
| Sept. | $517.40 | $29,985.20 | 0.07 | $200.20 | $34,519.38 |
| Oct. | $517.40 | $30,502.60 | 0.08 | $233.58 | $35,270.36 |
| Nov. | $1,012.22 | $31,514.82 | 0.08 | $241.88 | $36,524.46 |
| Dec. | $494.82 | $32,009.64 | 0.08 | $246.80 | $37,266.08 |
| 2023 Jan. | $494.82 | $32,504.46 | 0.09 | $283.21 | $38,044.10 |
| Feb. | $494.82 | $32,999.28 | 0.09 | $289.04 | $38,827.96 |
| Mar. | $494.82 | $33,494.10 | 0.09 | $294.92 | $39,617.71 |
| Apr. | $494.82 | $33,988.92 | 0.09 | $300.84 | $40,413.37 |
| May | $494.82 | $34,483.74 | 0.09 | $306.81 | $41,215.00 |
| June | $494.82 | $34,978.56 | 0.09 | $312.82 | $42,022.64 |
| July | $494.82 | $35,473.38 | 0.09 | $318.88 | $42,836.35 |