UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DR. MICHAEL L. STERN,<br>     Plaintiff,<br><br>v.<br><br>DR. CHRISTOPHER B.<br>ROBERTS, et al.,<br>     Defendants. | Case No. 3:18-cv-807-CLM |

## FINAL JUDGMENT

In accordance with the court's orders on Aistrup and Stern's posttrial motions (docs. 247 & 249), the November 15, 2022 jury verdict (doc. 193), and the parties' joint calculation of cumulative back pay and interest (doc. 250), the court rules as follows:

- The court **AMENDS** the judgment entered in favor of Dr. Stern and against Dr. Aistrup (doc. 195) and **ENTERS FINAL JUDGMENT** in favor of Dr. Stern and against Dr. Aistrup in the amount of $42,836.35 in cumulative back pay and prejudgment interest, $1.00 in nominal damages, and $500,000.00 in punitive damages.

- The court **AWARDS** Dr. Stern $72,723.33 in front pay in lieu of reinstatement.

- The court **AWARDS** Dr. Stern an additional $1,113.34 in front pay to make up for the lack of a raise in October 2018.

- The court **ORDERS** Dr. Christopher B. Roberts to calculate Dr. Stern's salary effective October 1, 2023, as if Dr. Stern's salary from October 1, 2022 to September 30, 2023 was $146,170.

The court **DIRECTS** the Clerk of Court to close this case.

**Done** and **Ordered** on July 13, 2023.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE