IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| DR. MICHAEL L. STERN, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 3:18-cv-00807-CLM-JTA |
| v. | ) | |
| | ) | |
| DR. CHRISTOPHER B. ROBERTS, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**CLAIM FOR ATTORNEYS' FEES AND STATUTORY LIEN**

COME NOW the law firms of Haynes & Haynes, P.C., 1600 Woodmere Drive, Birmingham, Alabama 35226; and Wilkinson Law Firm, P.C., 1717 3rd Avenue North, Suite A, Birmingham, Alabama 35203 ("Plaintiff's counsel"), and hereby make a claim for attorneys' fees and services pursuant to Alabama Code § 34-3-61 (1975). As grounds for the relief requested, counsel shows unto the Court as follows:

1. The undersigned have recovered monies on behalf of Plaintiff Dr. Michael L. Stern in the above styled lawsuit by way of verdict and payment of judgment.

2. Dr. Stern owes attorneys' fees to Plaintiff's counsel pursuant to express contract and *quantum meruit* as a result of the legal services performed resulting in

final judgment.

3. Haynes & Haynes, P.C., Alicia K. Haynes, Charles E. Guerrier, Wilkinson Law Firm, Cynthia Wilkinson, and John D. Saxon have submitted to the Court a petition for the award of attorneys' fees, costs, and expenses. (Doc. 253; Doc. 254). That petition is currently pending.

4. In addition to the recovery in the instant case, and as a direct result of the instant case, Dr. Stern received a direct benefit for legal services performed on his behalf and Dr. Stern has not paid for those legal services nor reimbursed Plaintiff's counsel for costs and expenses. Pursuant to Alabama Code § 34-3-61(b)(1975), notice is provided of the attorney liens of Haynes & Haynes, P.C., Alicia K. Haynes, Wilkinson Law Firm, and Cynthia Wilkinson. See attached Exhibits A and B.

5. The undersigned have a claim for attorneys' fees, costs, and expenses pursuant to the contract and *quantum meruit*, as does Haynes & Haynes, Wilkinson Law Firm, and Charles E. Guerrier, of counsel with Haynes & Haynes.

                                          Respectfully submitted,

                                          */s/ Alicia K. Haynes*
                                          Alicia K. Haynes

**OF COUNSEL:**
**HAYNES & HAYNES, P.C.**
1600 Woodmere Drive
Birmingham, AL 35226
(205) 879-0377
akhaynes@haynes-haynes.com

                                      */s/ Cynthia F. Wilkinson*
                                      Cynthia F. Wilkinson

**OF COUNSEL:**
**WILKINSON LAW FIRM**
1717 3rd Avenue North, Suite A
Birmingham, AL 35203
(205) 250-7866
cwilkinson@wilkinsonfirm.net

John D. Saxon
**JOHN D. SAXON, P.C.**
2119 Third Avenue North
Birmingham, AL 35203
(205) 324-0223
jsaxon@saxonattorneys.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 5th day of October, 2023, a true copy of the above and foregoing has been electronically filed with the CM/ECF system which serves notice of the following counsel of record.

Aria B. Allan
David R. Boyd
John G. Smith
Charles A. Burkhart
BALCH & BINGHAM LLP
P.O. Box 78
Montgomery, AL 36101
aallan@balch.com
dboyd@balch.com
jgsmith@balch.com
cburkhart@balch.com

Jamie S. Hammer
Melissa M. White
AUBURN UNIVERSITY
182 South College Street
101 Samford Hall
Auburn, AL 36849
jsh0073@auburn.edu
mmw0012@auburn.edu

                                */s/ Alicia K. Haynes*
                                OF COUNSEL