# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| DR. MICHAEL L. STERN, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. |
| ) | 3:18-cv-00807-CLM-JTA |
| v. ) | |
| ) | |
| DR. CHRISTOPHER B. ) | |
| ROBERTS, et al., ) | |
| ) | |
| Defendants. ) | |

## CLAIM FOR ATTORNEYS' FEES AND STATUTORY LIEN

COMES NOW the law firm of John D. Saxon, P.C., 2119 Third Avenue North, Birmingham, Alabama 35203 ("Plaintiff's counsel"), and hereby makes a claim for attorneys' fees and services pursuant to Alabama Code § 34-3-61 (1975). As grounds for the relief requested, counsel shows unto the Court as follows:

1. The undersigned has recovered monies on behalf of Plaintiff Dr. Michael L. Stern in the above styled lawsuit by way of verdict and payment of judgment.

2. Dr. Stern owes attorneys' fees to Plaintiff's counsel pursuant to a contingency contract and *quantum meruit* as a result of the legal services performed resulting in final judgment.

3. Haynes & Haynes, P.C., Alicia K. Haynes, Charles E. Guerrier, Wilkinson Law Firm, Cynthia Wilkinson, John D. Saxon, P.C., and John D. Saxon have submitted to the Court a petition for the award of attorneys' fees, costs, and expenses. (Doc. 253; Doc. 254). That petition is currently pending.

4. In addition to the recovery in the instant case, and as a direct result of the instant case, Dr. Stern received a direct benefit for legal services performed on his behalf and Dr. Stern has not paid for all of those legal services. Pursuant to Alabama Code § 34-3-61(b) (1975), notice is provided of the attorney lien of John D. Saxon, P.C., and John D. Saxon, Esq. *See* attached Exhibit A.

5. The undersigned has a claim for attorneys' fees pursuant to the contingency contract and *quantum meruit*, as does John D. Saxon, P.C.

Respectfully submitted,

*/s/ John D. Saxon*
John D. Saxon

**OF COUNSEL:**
**JOHN D. SAXON, P.C.**
2119 Third Avenue North
Birmingham, AL 35203
(205) 324-0223
jsaxon@saxonattorneys.com

Alicia K. Haynes
**HAYNES & HAYNES, P.C.**
1600 Woodmere Drive
Birmingham, AL 35226
(205) 879-0377
akhaynes@haynes-haynes.com

Cynthia F. Wilkinson
**WILKINSON LAW FIRM**
1717 3rd Avenue North, Suite A
Birmingham, AL 35203
(205) 250-7866
cwilkinson@wilkinsonfirm.net

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of October, 2023, a true copy of the above and foregoing has been electronically filed with the CM/ECF system which serves notice of the following counsel of record.

Aria B. Allan
David R. Boyd
John G. Smith
Charles A. Burkhart
BALCH & BINGHAM LLP
P.O. Box 78
Montgomery, AL 36101
aallan@balch.com
dboyd@balch.com
jgsmith@balch.com
cburkhart@balch.com

Jamie S. Hammer
Melissa M. White
AUBURN UNIVERSITY
182 South College Street
101 Samford Hall
Auburn, AL 36849
jsh0073@auburn.edu
mmw0012@auburn.edu

                                              */s/ John D. Saxon*
                                              OF COUNSEL