**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

ONE CHURCH STREET, RM B-110

MONTGOMERY, ALABAMA 36104

DEBRA P. HACKETT, CLERK                                                                                             TELEPHONE (334) 954-3600

January 29, 2024

## NOTICE OF CORRECTION

**From:** Clerk's Office

**Case Style:** Stern v. Roberts et al

**Case Number:** 3:18-cv-00807-CLM-JTA

**Document Numbers: 277 & 278**

**This Notice of Correction was filed in the referenced case this date to attach corrected PDF documents to: correct case caption.**

**The correct PDF documents are attached to this notice for your review. Reference is made to documents #277 & #278 filed on January 26, 2024.**