IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| DR. MICHAEL L. STERN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 3:18-cv-00807-CLM-JTA |
| | ) | |
| v. | ) | |
| | ) | |
| DR. CHRISTOPHER ROBERTS, ET AL., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF APPEARANCE

COMES NOW Jess S. Boone of the law firm of Friedman, Dazzio & Zulanas, P.C. and notifies this Honorable Court of his appearance as counsel for plaintiff Dr. Michael L. Stern concerning the dispute between Dr. Stern and his counsel about the disbursement of an attorneys' fee award, and requests that any orders, notices, correspondence, etc. issued from this Honorable Court be forwarded to him.

Respectfully submitted,

/s/  Jess S. Boone
Jess S. Boone
FRIEDMAN, DAZZIO & ZULANAS, P.C.
3800 Corporate Woods Drive
Birmingham, Alabama 35242
T:  (205) 278-7000
F:  (205) 278-7001
jboone@friedman-lawyers.com
***Attorney for Plaintiff Michael Stern***

1

## CERTIFICATE OF SERVICE

I hereby certify that on this the 26th day of January, 2024, a copy of the foregoing has been filed with the Clerk of Court and served upon all parties using the CM/ECF system.

Aria Bianca Allan
David Randall Boyd
John Garland Smith
Balch & Bingham, LLP
P.O. Box 78
Montgomery, AL 36101
aallan@balch.com
dboyd@balch.com
jgsmith@balch.com

Charles Alan Burkhart
Balch & Bingham, LLP
P.O. Box 306
Birmingham, AL 35203-4642
cburkhart@balch.com

John David Saxon
Donna Smith Cude
Mac Greaves, Jr.
Karli B. Guyther
John D. Saxon, P.C.
2119 Third Avenue North
Birmingham, AL 35203
jsaxon@saxonattorneys.com
dcude@saxonattorneys.com
mgreaves@saxonattorneys.com
kguyther@saxonattorneys.com

2

Jaime Stone Hammer
Melissa Maran White
Auburn University
182 South College Street
101 Samford Hall
Auburn, AL 36849
Jsh0073@auburn.edu
Mmw0012@auburn.edu

Alicia Kay Haynes
Haynes & Haynes, P.C.
1600 Woodmere Drive
Birmingham, AL 35226
akhaynes@haynes-haynes.com

Cynthia Forman Wilkinson
Wilkinson Law Firm, P.C.
1717 3rd Avenue North, Suite A
Birmingham, AL 35203
wilkinsonefile@wilkinsonfirm.net

/s/  Jess S. Boone
Of Counsel