## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| **DR. MICHAEL L. STERN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | **3:18-cv-00807-CLM-JTA** |
| **CHRISTOPHER B. ROBERTS, ET AL.,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF TENDER OF PAYMENT

Defendants Dr. Joseph Aistrup, individually, and Dr. Christopher B. Roberts, in his official capacity as President of Auburn University ("Defendants"), hereby notify the Court that checks representing the sums awarded Plaintiff pursuant to Doc. 296 have today been hand-delivered to John D. Saxon, P.C. to be deposited into that law firm's trust account.

Respectfully submitted this the 23th day of December, 2024.


*/s/ John G. Smith*
One of the Attorneys for Defendants

24539547.1

**OF COUNSEL:**

David R. Boyd (ASB-0717-D52D)
Email: dboyd@balch.com
John G. Smith (ASB-8146-T68J)
Email: jgsmith@balch.com
**BALCH & BINGHAM LLP**
445 Dexter Avenue, Suite 8000
Montgomery, Alabama 36104
Telephone:  (334) 834-6500

Charles A. Burkhart (ASB-7825-T76C)
Email: cburkhart@balch.com
**BALCH & BINGHAM LLP**
Post Office Box 306 (35201)
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama 35203
Telephone:  (205) 226-8753

Jaime S. Hammer (ASB-1557-C00Z)
Email: jhammer@auburn.edu
M. Maran White (ASB-8691-I64W)
Email: mmw0012@auburn.edu
**AUBURN UNIVERSITY**
Office of General Counsel
101 Samford Hall
Auburn, Alabama  36849
Telephone:  (334) 844-5176

24539547.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following CM/ECF participant(s) electronically on this the 23rd day of December, 2024:

John D. Saxon
Email: jsaxon@saxonattorneys.com
**JOHN D. SAXON, P.C.**
2119 3rd Avenue North
Birmingham, Alabama  35203

Cynthia Forman Wilkinson
Email: wilkinsonefile@wilkinsonfirm.net
**WILKINSON LAW FIRM, PC**
1717 3rd Avenue North, Suite A
Birmingham, Alabama 35203

Alicia K. Haynes
Email: akhaynes@haynes-haynes.com
**HAYNES & HAYNES, P.C.**
1600 Woodmere Drive
Birmingham, Alabama  35223

Jess S. Boone
Email: jboone@friedman-lawyers.com
**FRIEDMAN DAZZIO
& ZULANAS PC**
3800 Corporate Woods Drive
Birmingham, Alabama 35242

Heather N. Leonard, P.C.
Email: heather@heatherleonardpc.com
2105 Devereux Circle, Suite 111
Birmingham, Alabama 35243

*/s/ John G. Smith*
Of Counsel

24539547.1