IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DR. MICHAEL L. STERN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 3:18-cv-00807-CLM-JTA |
| CHRISTOPHER B. ROBERTS, ET ) | |
| AL., ) | |
| ) | |
| Defendants. | |

## ACKNOWLEDGEMENT

The undersigned hereby acknowledge that the Defendants in this case have fulfilled their obligations to Plaintiff Dr. Michael Stern under the Court's orders and Final Judgment in this matter.

This the 26th day of December, 2024.

_____
Michael L. Stern, Plaintiff

Sworn to and subscribed before me this 26th day of December, 2024.

_____
Notary Public
My commission expires: 02.24.2025

[Notary Seal: HEATHER ASHLEY WORLEY, NOTARY PUBLIC, ALABAMA STATE AT LARGE]

24513392.1

_____
**Alicia K. Haynes, Esq.**

Sworn to and subscribed before me this 2nd day of January, 2025.

_____
Notary Public
My commission expires:

KENNETH D. HAYNES
My Commission Expires
June 5, 2026

_____
**Cynthia F. Wilkinson, Esq.**

Sworn to and subscribed before me this ____ day of _____, 202___.

_____
Notary Public
My commission expires: _____

_____
**John D. Saxon, Esq.**

Sworn to and subscribed before me this ____ day of _____, 202___.

_____
Notary Public
My commission expires: _____

24513392.1

2

**Alicia K. Haynes, Esq.**

Sworn to and subscribed before me this _____ day of _____, 202___.

_____
Notary Public
My commission expires: _____

_____
**Cynthia F. Wilkinson, Esq.**

Sworn to and subscribed before me this 6*th* day of Jan., 2025.

_____
Notary Public
My commission expires: 5/25/27

[Notary Seal: STATE OF ALABAMA NOTARY PUBLIC — HERMAN MICHAEL WILLIAMS, My Commission Expires May 25, 2027]

_____
**John D. Saxon, Esq.**

Sworn to and subscribed before me this _____ day of _____, 202___.

_____
Notary Public
My commission expires: _____

2

24513392.1

_____
**Alicia K. Haynes, Esq.**

Sworn to and subscribed before me this ____ day of _____, 202___.

_____
Notary Public
My commission expires: _____

_____
**Cynthia F. Wilkinson, Esq.**

Sworn to and subscribed before me this ____ day of _____, 202___.

_____
Notary Public
My commission expires: _____

_/s/ John D. Saxon_____
**John D. Saxon, Esq.**

Sworn to and subscribed before me this 23 day of December, 2024.

_Emily Lynn Whiteside_____
Notary Public
My commission expires: June 15, 2025

EMILY LYNN WHITESIDE
My Commission Expires
June 15, 2025

2

24513392.1